THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:19CR00567 HEA |
| | ) | |
| CARLOS O'CONNER, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR LEAVE TO FILE UNDER SEAL**

Comes now Defendant Carlos O'Conner, by and through counsel, Tara Crane, Assistant Federal

Public Defender, and requests leave to file Defendant's Sentencing Memorandum under seal.  Said

Memorandum contains confidential information and person information.

Respectfully submitted,

/s/  *Tara Crane*
TARA CRANE   # 52206 MO
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Tara_Crane@FD.org
ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2020, the foregoing was filed electronically with the Clerk of the Court
to be served by operation of the Court's electronic filing system upon Cassandra Wiemken, Assistant
United States Attorney.

/s/  *Tara Crane*
TARA CRANE
Assistant Federal Public Defender